1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Ms. Saucedo-Montes
7
8                           UNITED STATES DISTRICT COURT
9                       FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,           )   Case No. 08mj1595
                                       )
12             Plaintiff,              )
                                       )
13 v.                                  )
                                       )   **NOTICE OF APPEARANCE**
14 **RAFAELA SAUCEDO-MONTES,**         )
                                       )
15             Defendant.              )
                                       )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                          Respectfully submitted,
21 Dated: May 29, 2008                       *s/ Bridget Kennedy*
                                             Federal Defenders of San Diego, Inc.
22                                           *bridget_kennedy@fd.org*
23
24
25
26
27
28

**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Ms. Saucedo-Montes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj1595 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| **RAFAELA SAICEDO-MONTES,** ) | |
| ) | |
| Defendant. ) | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      **United States Attorney**
      efile.dkt.gc1@usdoj.gov

Dated: May 29, 2008        _s/ Bridget L. Kennedy_
      **BRIDGET L. KE NNEDY**
      Federal Defenders of San Diego, Inc.,
      225 Broadway, Suite 900
      San Diego, CA 92101-5030
      (619) 234-8467 (tel)
      (619) 687-2666 (fax)
      e-mail:bridget_kennedy@fd.org